<u>CRIMINAL PROCEEDINGS</u> - Change of Plea

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

Judge: B. Lynn Winmill      Date: 8/4/2016
Case No. 1:15-cr-219-BLW      Deputy Clerk: Jamie Bracke
Place: Boise      Reporter: Tammy Hohenleitner
Time: 2:28 - 3:22 p.m.

UNITED STATES OF AMERICA vs STEPHEN ROY WALKER

Counsel for United States - Justin Whatcott
Counsel for Defendant - Andrew Parnes

(X) Defendant sworn for examination by the Court.
(X) Court finds the defendant competent to enter plea.
(X) Proceeded with the matter of the defendant's dissatisfaction with his attorney outside the presence of the Government (2:36 p.m. - 2:54 p.m.)
(X) The Government returned into court and the sentencing guidelines were explained.
(X) Defendant's Constitutional Rights explained.
(X) Indictment furnished to defendant.
(X) Maximum Penalty:

     Count 4:      Minimum 5 years incarceration and up to 20 years incarceration.
                          At least 5 years to lifetime of supervised release.
                          $250,000 fine
                          $100 special assessment

     Count 5:      Up to 20 years of imprisonment
                          At least 5 years to lifetime of supervised release.
                          This sentence may run consecutive to the sentence imposed in Count 4.

(X) The Government set forth the elements of the offense.
(X) Signed Plea Agreement previously filed with the Court.
(X) Defendant withdrew previous plea of NOT GUILTY, and entered a GUILTY plea to Counts 4 and 5 of the Indictment pursuant to the plea agreement. The Court accepts the plea and the plea agreement is taken UNDER ADVISEMENT pending review of the presentence report.

**Sentencing Set: 11/1/2016 at 1:30 p.m. before Judge B. Lynn Winmill**

(X) Court ordered a presentence investigation report.
     Original report to Counsel: 9/27/2016
     Notification of Objections: 10/11/2016
     Final Report to Court and Counsel: 10/25/2016

(X) Defendant remanded to the custody of the US Marshal Service.